JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| MUHAMMAD FAROOQ et al., | Case № 2:22-cv-08282-ODW (SKx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ANTHONY BLINKEN[1] et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, (ECF No. 16), and Plaintiffs' Notice of Intent Not to File an Amended Complaint, (ECF No. 17), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiffs shall recover nothing from Defendants; and
2. Plaintiffs' Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

August 21, 2023

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

---

[1] Defendants note that Antony Blinken is erroneously named Anthony Blinken in the Complaint. (Not. Mot. Dismiss viii, ECF No. 12.)